Orders.

Scott J. Kelly *vs.* Copperfield's Inc. Reported below: 44 Mass. App. Ct. 1105 (1997).

Lloyd Matthews & another *vs.* Superintendent, Massachusetts Correctional Institution, Cedar Junction, & others. Reported below: 43 Mass. App. Ct. 1119 (1997).

Zaven A. Pachanian *vs.* Richard W. Gannett & another. Reported below: 43 Mass. App. Ct. 1115 (1997).

Patrick F. Scavone *vs.* Massachusetts Turnpike Authority & others (and three consolidated cases). Reported below: 44 Mass. App. Ct. 1103 (1997).

Robert Tavares, Jr. *vs.* John Bender & others. Reported below: 44 Mass. App. Ct. 1101 (1997).

January 27, 1998

*Further appellate review granted:*

Commonwealth *vs.* Angel Roman. Reported below: 43 Mass. App. Ct. 733 (1997).

Barbara Lindsay *vs.* John Romano. Reported below: 43 Mass. App. Ct. 1120 (1997).

*Further appellate review denied:*

Adoption of Todd. Reported below: 44 Mass. App. Ct. 1104 (1997).

Isaura Brito *vs.* Liberty Mutual Insurance Company. Reported below: 44 Mass. App. Ct. 34 (1997).

Commonwealth *vs.* Fred Coppola. Reported below: 44 Mass. App. Ct. 1103 (1997).

Commonwealth *vs.* Todd DeMello. Reported below: 43 Mass. App. Ct. 1120 (1997).

Commonwealth *vs.* Lawrence J. Grinkley. Reported below: 44 Mass. App. Ct. 62 (1997).

Commonwealth *vs.* Bruce Lewis. Reported below: 44 Mass. App. Ct. 1103 (1997).

Commonwealth *vs.* John F. Scullin. Reported below: 44 Mass. App. Ct. 9 (1997).

Commonwealth *vs.* Brandon Tyndal. Reported below: 44 Mass. App. Ct. 1101 (1997).

Commonwealth *vs.* David P. Vermette. Reported below: 43 Mass. App. Ct. 789 (1997).

Francisco Duverge *vs.* Commissioner of Correction. Reported below: 44 Mass. App. Ct. 1101 (1997).

Steven Johnson, petitioner. Reported below: 43 Mass. App. Ct. 1113 (1997).